# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1210 - Nettadoz Enterprises v. Cintron Beverage Group, LLC

## Appellant's Appendix

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected appendix must be filed within 14 days from the date of this order or there could be adverse consequences.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office, an appointment is required. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "CORRECTED" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

If you wish to speak to a deputy clerk about this order and your appeal number ends in 1, 2, 4, 5 or 8 please call 202-275-8034. If your appeal number ends in 0, 3, 6, 7 or 9 please call 202-275-8029. Please consult the Rules of Practice before you call and have them at hand.

FOR THE COURT

March 11, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1210 - Nettadoz Enterprises v. Cintron Beverage Group, LLC

The Appellant's Appendix has been rejected for following reasons:

- The appendix does not contain the entire docket sheet from the proceedings below. (Specifically, the certified list from the Patent and Trademark Office) Fed. R. App. P. 30(a)(1); Fed. Cir. R. 30(a)(2)(A)(i)

- Each appendix (entries 15, 16, 17, 18) tendered should have its own cover page containing all information required in FRAP 32 (like the appellant's brief you submitted) and must contain the number of volumes and list the page ranges if more than one volume is filed. Fed. Cir. R. 30(a)(6)

Please note:

You can upload more than 1 volume instead of using four separate events.

The appendix should be re-tendered as corrected, corrected on the covers, and a new certificate of service.

If this is the actual appendix agreed upon by the parties, one should not be filed after the reply brief.

Please do not send any paper copies to the court until your appendix has been accepted for filing by the court.